IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK
(100 State Street, Rochester, NY 14614)

| | |
|---|---|
| Satish Dat Beast (Former Client of "Larry Birkhead Attorney" Nancy Hass of Hallandale Beach, Florida as Family Law Attorney) and Ronald Satish Emrit (Former Client of Paul Gardner, Esquire of Gardner Law Group of Baltimore, Maryland as Entertainment Attorney for Outkast, Mya, Mos Def, Tommy Davidson, and Salahis), and Go Go Satish (Former Client of Thomas Hart, Esquire of On The Potomac of Washington, DC and Holland & Knight, LLP and Entertainment Attorney for Gloria Estefan and James Todd Smith also Known as LL Cool J<br>    Plaintiffs (Pro Se)<br><br>v.<br><br>Ari Melber of MSNOW (Journalist Who Covers Hip Hop Music), Universal Music Group (UMG), NBC Universal, Peacock, Vivendi Universal of France, Comcast, MSNOW, NBC News, NBC<br><br>    Defendants, | C. A. No.: 26-cv-00241 LJV |

*************************************************************
**COMPLAINT**

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this complaint for 45 million dollars against all of the defendants for public nuisance, industrial espionage, and tortious interference with business relations/contracts. In bringing forth this complaint, the plaintiff states, avers, and alleges the following

## I.) NATURE OF THE CASE

1.) Pursuant to Rule 201 of Federal Rules of Evidence, the **"West Coast Judges"** should take judicial notice that the plaintiff lives in the **"East Coast State" of Maryland** with a Nevada driver license as a former Nevada resident and that the plaintiff went to high school in Washington, DC with **Dan Quayle's sons Tucker and Ben** at Gonzaga College High School at **19 Eye Street off of North Capitol Street** not far from Congress and Massachusetts Avenue.

2.) In addition, the "West Coast Judges" should take judicial notice that the plaintiff had **case # 19-7165** against the National Football League (NFL), The Washington Redskins, and Daniel Snyder decided on May 18th, 2020 before the three judges sitting en banc of **Griffith, Pillard, and Wilkins** at the **E. Barrett Prettyman Courthouse at 333 Constitution Avenue** in Washington, DC

https://caselaw.findlaw.com/court/us-dc-circuit/2066968.html

https://media.cadc.uscourts.gov/judgments/bydate/2020/5

https://dockets.justia.com/docket/circuit-courts/cadc/19-7165

2.) Although the plaintiff was not able to get an **injunction or declaratory judgment** in this case, the plaintiff believes that this Washington, DC case was successful because the <u>**Washington Redskins changed their name to Washington Commanders around the same time of this litigation**</u>.

3.) As such, the plaintiff believes that there is perhaps a 20% chance that he is the "Urban Legend" as the one who changed the name of the Washington Redskins and thus a hero to American Indians such as **Navajo, Apache, Hopi, Lakota Sioux Indians of Southwest or Algonquin or Iroquois Confederacy** of the Northeast or the Cherokee, Seminole, and Creek Indians of Southeast who were involved in the **"Trail of Tears" involving Andrew Jackson** and those atrocious blankets. This is the website for the Bureau of Indian Affairs under U.S. Department of Interior

https://www.bia.gov/bia

https://www.bia.gov/guide/tracing-american-indian-and-alaska-native-aian-ancestry

4.) Under this theory, the former owner Daniel Snyder may have been encouraged to change the name of the Washington Redskins and sell the team after learning about the plaintiff's lawsuits in **Washington, DC, Maryland, and Virginia** (sent to the Fourth Circuit Court of Appeals at Lewis Powell Courthouse at **1100 East Main Street in Richmond, Virginia**) under the Lanham Trademark Act involving a racist and offensive trademark.

5.) Nevertheless, the plaintiff is held to a less stringent standard pursuant to the stare decisis and/or persuasive precedent of *Erickson v. Pardus* and *Eldridge v. Block*.

6.) Between the years of 2005 and 2009, the plaintiff had a "dream team of attorneys" on the American East Coast state of Florida comparable to the "dream team" for Orenthal James Simpson or O.J. Simpson including **Barry Scheck, Robert Shapiro, Johnnie Cochrane, Robert Kardashian, F. Lee Bailey**, etc..

7.) To clarify, **the plaintiff had a total of 5 family law attorneys in Florida between the years of 2005 and 2009** in which his first attorney was Thomas Austin, Esquire of Hollywood, Florida (which turns into Pines Boulevard in Pembroke Pines, Florida where the plaintiff lived between the years of 2000 and 2002 off of Hiatus Road).

8.) The plaintiff's second family law attorney in Florida was Bennett Oppenheimer who ordered a DNA paternity test which was notarized by **Glenda Sturtevant of Ohio** and performed by same doctor in "Larry Birkhead case" involving **Anna Nicole Smith** and their daughter Danielynne. This was **Dr. Michael Baird**.

9.) The plaintiff's third and fourth family law attorneys were Sandy Fox of Aventura, Florida and his partner **Nancy Hass of Hallandale Beach, Florida** who was also the attorney for Larry Birkhead in the same manner that Dr. Michael Baird was the doctor for Larry Birkhead paternity test.

10.) The plaintiff's fifth and family law attorney was William Zimmerman of Deerfield Beach, Florida who in 2009 was able to get the final result for the plaintiff to terminate his parental rights in a decision which the plaintiff compares to *Roe v. Wade* and/or *Brown v. Board of Education* in terms of due process and equal protection rights. Judge SUsan Greenhawt is the name of the judge who terminated the plaintiff's parental rights at Seventeenth Jdicial District of Broward County, Florida in Fort Lauderdale and Judge Robin Ronsebaul invoked the Rooker-Feldman Doctrine in federal courts about ten years ago stating that her court in Southern Florida could not sit in direct review of Judge Susan Greenhawt's decision

https://www.youtube.com/watch?v=INnJBzUY5_Y&t=306s
https://www.youtube.com/watch?v=TXJRF_Ho5NY&t=23s
https://scholar.google.com/scholar_case?case=102580096291183828 6&hl=en&as_sdt=6&as_vis=1&oi=scholarr

https://scholar.google.com/scholar_case?case=2908025397553491197&hl=en&as_sdt=6&as_vis=1&oi=scholarr
https://www.pacermonitor.com/public/case/50318703/Emrit_v_Jules
https://www.casemine.com/judgement/us/63ca1905c607d741f64ce112
https://dockets.justia.com/docket/florida/flsdce/0:2023cv60708/645425?amp
https://dockets.justia.com/docket/florida/flsdce/0:2023cv60014/626341

11.) Between the years of 2005 and 2009, the plaintiff had also embarked on his journey in the music business first by retaining the entertainment attorney Paul Gardener, Esquire of Gardner Law Group who promised the plaintiff a "showcase" with Russell Simmons and Island Def Jam Group.

12.) Accordingly, Paul Gardner was the entertainment attorney for Outkast, Mya Harrison, Mos def, Tommy Davidson, and Salahis and the plaintiff was given his retainer of $2,500 back when Paul Gardner did not get the showcase for the plaintiff and the plaintiff reported Paul Gardenr to Attorney Grievance Commission of Maryland.

13.) When Paul Gardber gave the plaintiff his retainer of $2,500 back in 2006, the plaintiff was able to take this retainer and go to the Grammy Awards with his publicist Tamille Hawkins, the former manager of a jazz band known as "Pieces of a Dream."

14.) The plaintiff also was a client of promoter Thomas Hart, Esquire of On The Potomac and Holland & Knight, LLP law firm off of Pennsylvania Avenue in Washington, DC in which Thomas Hart was able to arrange for the plaintiff to record his reggaeton song "La Reina Cubana" with his tenant Patrick Hightower as a producer from Haymarket, Virginia with Street Star Studios.

15.) In 2009, the plaintiff recorded his first music video for YouTube by traveling from Sarasota, Florida to South Beach of Miami at Sony Building to perform live at Miami Vibez as part of Krib TV, Tha Lot dot com, and with Pure Gold Entertainment in a video which is now on Vevo as joint venture of Universal Music Group (UMG), Sony Music Entertainment, Abu Dhabi Media of United Arab Emirates, and Google which has a parent corporation of Alphabet and subsidiary of YouTube.

https://www.youtube.com/results?search_query=Satish+Dat+Beast

https://www.google.com/search?q=Satish+Dat+Beast&sca_esv=72195fbabfad6857&sxsrf=AE3TifMPJeq80HECVbA6lqxW14Xdr8OeWA%3A1766938355119&source=hp&ei=81ZRaa-WBeXd5NoPh-Hv6Ak&iflsig=AOw8s4IAAAAAaVFlA9VNeryJXv1TSwedww40RWpnPfeY&ved=0ahUKEwjv2_qn1uCRAxXlLlkFHYfwG50Q4dUDCCA&uact=5&oq=Satish+Dat+Beast&gs_lp=Egdnd3Mtd2l6GgIYAiIQU2F0aXNoIERhdCBCZWFzdDIKECMYgAQYJxiKBTIEECMYJzIEECMYJzIKEAAYgAQYQxiKBTIOEC4YgAQYxwEYjgUYrwEyCBAuGIAEGLEDMggQLhiABBBixAzIIEC4YgAQYsQMyBRAAGIAEMgUQABiABEjtIVC4DVjQH3ABeACQAQCYAbwBoAH3AqoBAzAuMrgBA8gBAPgBAZgCA6ACAqQQOoAgrCAgcQIxgnGOoCwgIOEAAYgAQYkQIYsQMYigXCAhAQABiABBixAxhDGIoFGIsDwgINEAAYgAQYQxiKBRiLA8ICGRAuGGAEGEMGYwEYqAMYmQMYigYiwPCAhEQLhiABBixAxioAxiLAxieA5gDG_EFyWE80iXTMM6SBwUxLjEuMAAHhR6yBwUwLjEuMbgHjgPCBwcyLTIuMC4xyAchgAgA&sclient=gws-wiz

16.) The Google artificial intelligence (AI) is also great at explaining that the plaintiff is litigating against Kim Kardashian for public nuisance.

https://www.google.com/search?q=Ronald+Emrit+v.+kim+kardashian&sca_esv=72195fbabfad6857&sxsrf=AE3TifMN20jrX4TWhFUubZ57rVYaDsbbsA%3A1766938523115&ei=m1dRafjKBpPZ5NoPrtuPuA0&ved=0ahUKEwi4hIr41uCRAxWTLFkFHa7tA9cQ4dUDCBE&uact=5&oq=Ronald+Emrit+v.+kim+kardashian&gs_lp=Egxnd3Mtd2l6LXNlcnAiHlJvbmFsZCBFbXJpdCB2LiBraW0ga2FyZGFzaGlhbjIEECMYJzIIEAAYgAQYogQyCBAAGIAEGKIEMgUQIEMgUABjvBUirElAAWNgOcAB4AJABA5gBhgagAfUUqgENNC4yLjAuMi4wLjEuMi4wMbgBA8gBAPgBAZgCBaACygTCAggQABgHGAgYHsICxAAGIAEGIYDIoFwgIKECEYoAEYwwOYCpgDAJIHAzIuM6AHlBeyBwMyLjO4B8oEwgcFMC4yLjPICAA&client=gws-wiz-serp

17.) In addition, the Google artificial intelligence (AI) is also great at explaining that the plaintiff is litigating against Erin Burnett for defamation of Presidents William Jefferson Clinton and Donald J. Trump

https://www.google.com/search?q=presidential+candidate+p60005535+v.+erin+burnett&sca_esv=72195fbabfad6857&sxsrf=AE3TifPirvv9IDrxmWOyivB6YCjozJs

xEA%3A1766938482108&ei=cldRaZGgBv2q5NoPyoTiuQc&ved=0ahUKEwiRo cPk1uCRAxV9FVkFHUqCOHcQ4dUDCBE&uact=5&oq=presidential+candidate +p60005535+v.+erin+burnett&gs_lp=Egxnd3Mtd2l6LXNlcnAiMHByZXNpZGV udGlhbCBjYW5kaWRhdGUgcDYwMDA1NTM1IHYuIGVyaW4gYnVybmV0dD IHECMYsAMYJzIHECMYsAMYJzIHECMYsAMYJzIIEAAYsAMY7wUyCBA AGLADGO8FMggQABiwAxjvBTIIEAAYsAMY7wVIjQVQAFgAcAF4AJABAJ gBAKABAKoBALgBA8gBAJgCAaACC5gDAIgGAZAGB5IHATGgBwCyBwC 4BwDCBwMzLTHIBwiACAA&sclient=gws-wiz-serp

## II.) PARTIES TO THIS LITIGATION

18.) The first plaintiff is Ronald Satish Emrit (Former Client of "Larry Birkhead Attorney" Nancy Hass of Hallandale Beach, Florida as Family Law Attorney

19.) The second plaintiff is essentially the same person as the first plaintiff as the stage name in the music business for the first plaintiff as "Satish Dat Beast" (Former Client of Paul Gardner, Esquire of Gardner Law Group of Baltimore, Maryland as Entertainment Attorney for Outkast, Mya, Mos Def, Tommy Davidson, and Salahis

20.) The third plaintiff is also the stage name for the first plaintiff as Go Go Satish (Former Client of Thomas Hart, Esquire of On The Potomac of Washington, DC and Holland & Knight, LLP and Entertainment Attorney for Gloria Estefan and James Todd Smith also Known as LL Cool J

21.) To clarify, the plaintiff is an indigent, disabled, and unemployed resident of the state of Nevada and Maryland. His current mailing address is 5108 Cornelias Prospect Drive, Bowie, Maryland 20720. His cell phone number is currently (703)936-3043 and his primary email address is einsteinrockstar2@outlook.com.

22.) The first defendant is Snoop Doggy Dogg (Marijuana Smoker named Calvin Broadus),

23.) The second defendant is Snoop Doggy Dogg Bowl in Arizona,

24.) The third defendant is The Racist State of Arizona (The Only State Which Did not Approve of

  the Holiday for the Reverend Dr. Martin Luther King, Junior),
25.) The fourth defendant is NBC,
26.) The fifth defendant is Comcast,
27.) The sixth defendant is NBC Universal,
28.) The seventh defendant is Vivendi Universal,
29.) The eighth defendant is Peacock,
30.) The ninth defendant is United States
31.) Olympic Committee (USOC),
32.) The tenth defendant is Mike Tirico,
33.) The eleventh defendant is Cris Collinsworth,
34.) The twelfth defendant is Sunday Night Football,
35.) The thirteenth defendant is Roger Goodell,
36.) The fourteenth defendant is National Football League (NFL)
37.) The fifteenth defendant is Kendrick Lamar,
38.) The sixteenth defendant is Jay-Z,
39.) The seventeenth defendant is Dr. Dre,
40.) The eighteenth defendant is Ice Cube,
41.) The nineteenth defendant is Estate of Eazy E "Eric Wright" (Former HIV/ AIDS patient),
42.) The twentieth defendant is Super Bowl Halftime Show,
43.) The 21st defendant is Bad Bunny

## III.) JURISDICTION AND VENUE

44.) According to **Federal Rules of Civil Procedure 8(a)(1)**, Plaintiff is required to provide "a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;"
45.) Because the court does not already have personal or subject matter jurisdiction over this issue, it is necessary to engage in a brief discussion of the court's jurisdiction so that the defendants can not move to dismiss this case based on procedural grounds involving a lack of proper jurisdiction.

46.) Pursuant to **28 U.S.C.A. Section 1332**, the U.S. District Court for the District of Central California (as an Article III court) has jurisdiction over this matter because there is complete diversity of jurisdiction between the Plaintiff and the four defendants given that the plaintiff lives in Sarasota, Florida and no longer in Fort Worth, Texas.

47.) As an **Article III court**, the U.S. District Court for the District of Central California also has subject matter jurisdiction over the present case at bar because this proceeding involves a discussion of Title VII of the Civil Rights Act of 1964, Americans with Disabilities Act of 1990, Equal Protection Clause, Due Process Clause, Fourth Amendment, and Privileges and Immunities Clause.

48.) Therefore, a federal question is presented by the implication of the black-letter law of the aforementioned federal statutes in addition to the discussion of Constitutional Law provisions.

49.) Venue in this jurisdiction is also proper pursuant to **28 U.S.C.A. Sections 1391 and 1400**.

50.) Because the amount in controversy does exceeds $75,000 (i.e. $45,000,000 is greater than $75,000), this court does not have jurisdiction based on the amount in controversy.

## IV.) STATEMENT OF FACTS

51.) Snoop Doggy Dogg is the perfect example of what is wrong with Cable Television and Network Television in addition to the National Football League (NFL).

52.) Although the state of Arizona is the ONLY state to have originally denied a holiday for the Reverend Dr. Martin Luther, King, Junior, the state of Arizona now has the Snoop Doggy Dogg Bowl for a football event named after a former hip hop artist known for smoking marijuana and advocating the usage of marijuana in his music and social media posts.

53.) Needless to say, Snoop Doggy Dogg is NOT on the level of the Reverend Dr. Martin Luther King, Junior and neither is the ridiculous state of Arizona.

54.) The friendship between Snoop Doggy Dogg and Martha Stewart is also ridiculous given that Martha Stewart is a convicted felon who was prosecuted for insider trading by the federal government and is not a role

55.) model to the plaintiff of anybody who opposes white collar criminals who should not be advocated on Cable TV or Network TV.

55.) While Snoop Doggy Dogg and Martha Stewart broadcasted the Olympic Games in the summer of 2024, the Olympics also have a bad reputation for their negligence in hiding the allegations against Larry Nassar of Michigan State who worked for the United States Olympic Committee (USOC).

56.) As such, the Olympics are known for Larry Nassar, Martha Stewart is a felon known for insider trading violations, and Snoop Doggy Dogg is a former gangster rapper known for marijuana smoke.  None of these felons or marijuana advocates are historical figures on the level of the Reverend Dr. Martin Luther King, Junior.

57.) In addition, NBC is a network which is hated by the Trump Administration even if Snoop Doggy Dogg performed at the Inauguration of President Donald J. Trump.

58.) On another note, the plaintiff is currently working on backwards time travel (BTT) involving closed-time like curves (CTC's), exotic matter, and Faster Than Light Travel (FTL) through wormholes and white holes traveling faster than speed of light and going backwards in time which the plaintiff compares to the Indiana Jones movie involving the "Dial of Destiny" and Archimedes trying to get someone from the future to help the Greeks at Syracuse defeat the Romans

https://www.amazon.com/Indiana-Jones-Dial-Destiny-Harrison/dp/B0CKTNMFFK/ref=sr_1_2?crid=1J9XEI40KGJDC&dib=eyJ2IjoiMSJ9.uf0F1HMrhh4hUK3lwG2Lwp2a_tib3p--KNzYlnuo3STP2IXPFJi1_RygnVTrXyt6oiODejlFZ4Xw39haKHtsfbb7UZzXZEUR-gCjU_2GB_SIryiEDAhoSKPnmo3-gPgBp_QR1ZQS7VxbuRicACFasHSGQCHAvQ42jLkpzN4XxTKGuPIdZI3XNhBFvP5T7yua2WKAkHNsimnEk9df74dQT7aSDcQ76VPICM4kn2_izUc.fzDjEHLbc4eOcA6Pdv-F3y6C4CZHU-9pDy_DIMHc7Wc&dib_tag=se&keywords=Indiana+Jones+and+Dial+of+Destiny&qid=1766625072&sprefix=indiana+jones+and+dial+of+destin%2Caps%2C136&sr=8-2

59.) The artificial intelligence answers interesting questions about backwards time travel

Can God The Father accomplish backwards time travel through closed time like curves involving exotic matter and faster than light travel through wormholes and white holes?

https://www.google.com/search?q=Can+God+The+Father+accomplish+backwards+time+travel+through+closed+time+like+curves+involving+exotic+matter+and+faster+than+light+travel+through+wormholes+and+white+holes%3F&sca_esv=7fb861858ecd4976&sxsrf=AE3TifNm7DqNtNANYJ2hp5lsa6lJ8wdS9g%3A176693696955433&source=hp&ei=e1FRabOFGNak5NoP9sajoQ0&iflsig=AOw8s4IAAAAAaVFfi0ZnC1AvCpfUqs8qdYapp3cFZd6I&ved=0ahUKEwjzrsSM0eCRAxVWElkFHXbjKNQQ4dUDCCA&uact=5&oq=Can+God+The+Father+accomplish+backwards+time+travel+through+closed+time+like+curves+involving+exotic+matter+and+faster+than+light+travel+through+wormholes+and+white+holes%3F&gs_lp=Egdnd3Mtd2l6GgIYAiKrAUNhbiBHb2QgVGhlIEZhdGhlciBhY2NvbXBsaXNoIGJhY2t3YXJkcyB0aW1lIHRyYXZlbCB0aHJvdWdoIGNsb3NlZCB0aW1lIGxpa2UgY3VydmVzIGludm9sdmluZyBleG90aWMgbWF0dGVyIGFuZCBmYXN0ZXIgdGhhbiBsaWdodCB0cmF2ZWwgdGhyb3VnaCB3b3JtaG9sZXMgYW5kIHdoaXRlIGhvbGVzP0iNpANQtxY6PsCcAN4AJABB5gBzgagAZdbqgEPMjYuMjEuOC4xLjMuMi4yyuAEDyAEA-AEBmAI5oAKSSKgCCsICBxAjGCcY6gLCAgQQQQIxgnwgILEAAYgAQYkQIYigXCAgsQLhiABBiRAhiKBcICDRAAGIAEGLEDGEMYigXCAg0QLhiABBiRAhiKBcICDhAAGIAEGLEDGIMBGIoFwgIIEC4YgAQYsQPCAgsQABiABBixAxiDAcICCBAAGIAEGLEDwgIGEAAYBxgewgIEEAAYHsICERAuGIAEGLEDGIMBGNEDGMcBwgIKEC4YgAQYsQPCAgsQLhiABBiRAhiKBcICEBAAGIAEGLEDGIMBGIoFwgIFEC4YgAQYQxioAxiKBRaxIAYsAGIAEGLEAxiDAcICCEC4YgAQYQxioAxiKBcICERAuGIAEGLEDGIMBGNEDGMcBwgIOEAAYgAQYsQMYgwEYigXCAgUQABiABBixAxiDAcICCBAAGIAEYsYsICCxAAGIAEGIYDGIoFGIcICxAAGIAEGIYDGIoFIEECEYoAHCAgcQIRigARgKwgIFECEYqwLCAgQQQIRgKwgIHECEYChirApgDDvEFaIocBgWsjmiSBw8yOS4xOS40LjAuuMi4yLjGgB427A7IHDzI2LjE5LjQuMC4yLjIuMbgH_EfCBwkxLjM2LjE4LjLI B6cBgAgA&sclient=gws-wiz

**V.) COUNT ONE: PUBLIC NUISANCE**

60.) The plaintiff argues that Snoop Doggy Dogg is a public nuisance because he is a marijuana smoker and former gangster rapper from Log BEach, California known for being an enemy of Sean "Diddy" Combs and Notorious B.I.G. and recording music with Tupac Amaru Shakur.

61.) Any reasonable person would agree that Snoop Doggy Dogg is not on the level of Martin Luther King, Junior or Thrgood Marshall and should not be having bowl games named after him in Arizona.

62.) While Snoop Doggy appears to be a supporter of President Donald J Trump and appeared at his inauguration, it would appear that Snoop Doggy chooses to advocate his own career instead of praising TRump 24 hours a day which is what most Trump supporters do.

63.) The current Tramp supporters like Ben Shapiro are currently criticizing other Trump Supporters like Candace and Tucker Carlson as Trump supporters frequently criticize other Trump supporters like Marjorie Taylor Greene who has decided to step down because of the Jeffrey Epstein/Ghislain Maxwell debacle.

## VI.) COUNT TWO: INDUSTRIAL ESPIONAGE

64.) While the tort of industrial espionage is usually connected to misappropriation of a trademark, trade secret, or patent involving intellectual property, the plaintiff argues that industrial espionage should include ideas such as excessive advertising, subliminal messaging, and spying on consumers with artificial intelligence that can be employed on both the internet and Cable Television in which computer-generated images of people is a fake representation and not real persons.

## VII.) COUNT THREE: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED)

65.) The plaintiff argues that is both extreme and outrageous and egregious for NBC, Comcast, Peacock, and NBC Universal to constantly promote a marijuana smoker and former gangster rapper as being some type of an historical figure on the level of Martin Luther King, Junior when Snoop Doggy Dogg is clearly NOT on the level of Martin Luther King, Junior or Thurgood Marshall.

## COUNT FOUR: TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS/CONTRACTS

66.) The plaintiff argues that the promotion of marijauan smokers and former gangster rappers such as Snoop Doggy Dogg interferes with the careers of other African-Americans who do not want marijuana smokers or gangster rappers like Snoop Doggy Dogg, Dr. Dre, or Kendrick Lamar being treated by NBC like the Reverend Dr. Martin Luther King, Junior or Thurgood Marshall.

## VI.) PRAYER FOR RELIEF

WHEREFORE, the plaintiff is not any seeking punitive, compensatory, and treble damages through joint and several liability whereby the defendants would presumably seek contribution and indemnity from each other through the filing of cross-claims. The plaintiff is also seeking the equitable remedy of an injunction and/or declaratory judgment. In asserting this "prayer for relief," the plaintiff states, avers, and alleges the following:

A.) According to the Restatement (Third) of Torts and Federal Tort Claims Act (FTCA), the plaintiff is seeking **actual, presumed, special, punitive, compensatory, and treble damages** in the amount of $45 million.

B.) According the Restatement (Second) of Contracts and/or Uniform Commercial Code (UCC), the plaintiff is also seeking **expectation, reliance, restitution, incidental, and consequential damages** in the amount of $45 million.

C.) The plaintiff is looking for an injunction mandating **the racist state of Arizona rename the Snoop Doggy Dogg Bowl to the Martin Luther King, Junior Bowl** since Arizona is the ONLY state which disapproved of Martin Luther King Holiday..

D.) Even without punitive damages or an injunction or declaratory judgment, the West Coast Judges should understand that **President Donald J. Trump does not like NBC, Comcast, NBC Universal, or Peacock** as the plaintiff is a Trump supporter like Steve Bannon and agrees with President Trump and Steve Bannon that NBC, ABC, CBS, and Disney need to be regulated by Federal Communications Commission (FCC) which is an executive branch of government outside the scope of judicial branch.

Respectfully submitted,

Ronald Satish Emrit

6655 38th Lane East

Sarasota, Florida 34243

(703)936-3043

einsteinrockstar@hotmail.com

einsteinrockstar2@outlook.com